UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62284-CIV-SMITH

NELSA NAPOLES
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC., *et al.*,

    Defendants.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal [DE 18]. It is

**ORDERED** that

1. The claims of Plaintiff, Nelsa Napoles, are **DISMISSED WITH PREJUDICE**.

2. The claims of putative class members are **DISMISSED WITHOUT PREJUDICE**.

3. Each party shall bear its own costs and fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of February 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE